IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALJANON ALVIN,

    Plaintiff,

v.

CHATHAM COUNTY DETENTION CENTER; NURSE MEDICAL COMPANY INC.; and MEDICAL COMPANY CONTRACT,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-250

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 4, 2019 Report and Recommendation, (doc. 8), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** this action **WITHOUT PREJUDICE** and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 31st day of January, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA