# United States District Court
## Southern District of Georgia

Aljanon Alvin,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-250

Chatham County Detention Center; Nurse Medical Company Inc.; and Medical Company Contract,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 31, 2019, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

Approved by: _____

2/5/2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk